1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

MARTHA MARGARITA BARBA de la TORRE, et al.,

Case No. 09cv1161-BTM (BLM)

12

Plaintiffs,

**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER**

13

v.

14

JERRY L. ICENHOWER, et al.,

15

Defendants.

16    Defendants move for leave to file an amended answer to the third amended complaint,

17  in order to state cross-claims for contribution.  All Defendants have stipulated to the filing,

18  and Plaintiffs do not oppose this motion.  In line with the policy of granting leave to amend

19  pleadings "with extreme liberality," *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183 (9th Cir.

20  1987), the Court **GRANTS** Defendants' motion.

21
22  **IT IS SO ORDERED.**

23  DATED:  February 9, 2011

24
25  Honorable Barry Ted Moskowitz
    United States District Judge

26
27
28

1                                                    09cv1161-BTM (BLM)