# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Martha Margarita Barba de la Torre and Alejandro Diaz

**V.**

Jerry L Icenhower; Donna Lee Icenhower; Hobart Icenhower; Jerry Lee Icenhower; Howell & Gardner Investors, Inc; Icenhower Investments; Western Financial Assets, Inc.; Buckeye International Funding, Inc.; Does 1 through 100; Ramiro Lomeli Salcedo; Mary Suzanne Icenhower; and Brian S Icenhower

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09CV1161-BTM(BLM)

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Martha Margarita Barba de la Torre and Plaintiff Alejandro Diaz shall have judgment against Defendant Mary Suzanne Icenhower and Brian S. Icenhower, Trustees of the Hobert Gerald Icenhower and Mary Suzanne Icenhower Revocable Trust Dated September 19, 2007; and Brian S. Icenhower, Executor of the Estate of Hobert Gerald Icenhower in the total amount of $1,265,230.  It is further Ordered that said Counter claimants take nothing by virtue of their counterclaim on file herein.  Plaintiffs' claims against the defendants other than Mary Suzanne Icenhower and Brian S. Icenhower, Trustees of the Hobert Gerald Icenhower and Mary Suzanne Icenhower Revocable Trust Dated September 19, 2007, and Brian S. Icenhower, Executor of the Estate of Hobert Gerald Icenhower, shall be dismissed.

| March 6, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON March 6, 2012 |